VULCAN ENGINEERING CO.,
INC., Plaintiff–Appellee,

v.

FATA ALUMINIUM, INC. and Fata
Group S.P.A., Defendants–
Appellants.

No. 02–1623.

United States Court of Appeals,
Federal Circuit.

June 20, 2003.

Before NEWMAN, CLEVENGER, and SCHALL, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36

CHEMREX INC., Appellant,

v.

PANELFOLD, INC., Appellee.

No. 02–1586.

United States Court of Appeals,
Federal Circuit.

June 20, 2003.

Before NEWMAN, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
SCHALL, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36